IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **JAMES REMMEL GREER** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:06CV0047 JLH |
| | * | |
| **TED HORTON,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

ORDER

On March 27, 2006, Plaintiff filed this action while confined to the Lawrence County Jail (docket entry #2). A copy of the Magistrate's April 10, 2006 Order (docket entry #3) granting Plaintiff's request to proceed *in forma pauperis* and addressed to Plaintiff at the county jail was returned as undeliverable on April 24, 2006 (docket entry #4). There has been no further activity on the docket. Plaintiff has failed to comply with Local Rule 5.5(c)(2)[1] by keeping the Court apprised of his most current address. IT IS THEREFORE ORDERED that, pursuant to Local Rule 5.5(c)(2), Plaintiff's Complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."